UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADY CAMARA, MAMADOU COULIBALY, BOCAR DIALLO, ABRAHAM DIAMOLAYE, GOUMBA ABDOU DIOKHANE, MOUHAMADOU L. FALL, ADAMA KANE, SERIGNE KEBE, and MAMADOU SY, individually and in behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> –against– <br><br> G&B GLAUBER BROTHERS MENS & BOYS CLOTHING INC., GB CLOTHING INTERNATIONAL LLC, and ABRAHAM BIERMANS, jointly and severally, <br><br> Defendants. | 16 CV 5674 (DLI) (PK) |

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY** stipulated and agreed by and between all Plaintiffs and all Defendants, as follows:

**WHEREAS**, Plaintiffs filed this action against Defendants for Defendants' alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq and Article 190, et seq. of the New York Labor Law, pursuant to which Plaintiff sought certain relief, including but not limited to, compensatory and punitive damages, attorneys' fees, expenses and costs; and

**WHEREAS**, Plaintiff and Defendants have agreed to a settlement of this action; and

**WHEREAS**, the aforementioned parties desire to avoid further expense, time, effort and uncertainty in regard to this action;

4833-0829-7702, v.1

**NOW, THEREFORE**, in consideration of the promises and the mutual covenants and undertakings contained in a Stipulation of Class Action Settlement And Procedure For Resolution and an Agreement and General Release;

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED**, that this action is hereby discontinued with prejudice, except that the Court may retain jurisdiction to enforce the terms of the above stated Stipulation and Agreement and Release. Each side is to bear its own costs and fees, other than as set forth therein. The parties hereto, neither being a minor nor incompetent, nor requiring the appointment of a guardian, freely and voluntarily enter into this Stipulation of Discontinuance through their respective attorneys.

Dated:  Mineola, New York
          April 19, 2021

Law Offices of Justin Zeller, P.C.                Meltzer Lippe Goldstein & Breitstone, LLP

By _*John M. Gurrieri*_                           By _*Richard Howard*_
John M. Gurrieri                                    Richard M. Howard

*Attorneys for Plaintiffs*                         *Attorneys for Defendants*
277 Broadway Suite 408                            190 Willis Avenue
New York New York 10007- 2036                     Mineola, New York 11501
(212) 229-2249                                    (516) 747-0300


Dated:  April 20, 2021
          Brooklyn, NY

So Ordered

_*Peggy Kuo*_
U.S.M. J.

4833-0829-7702, v. 1